ELECTRONICALLY FILED
Faulkner County Circuit Court
Nancy Eastham, Circuit Clerk
2025-Feb-27  15:57:11
23CV-25-520
C20D03 : 33 Pages

## IN THE CIRCUIT COURT OF FAULKNER COUNTY ARKANSAS

## _____ DIVISION

**CORY ALEXANDER**                                                    **PLAINTIFF**

**VS.**                              **CASE No.** _____

**GOODLEAP LLC**                                                     **DEFENDANT**

### Complaint for Predatory Lending Practices

TO THE HONORABLE COURT:

COMES NOW, the Plaintiff, Cory Alexander, and files this Complaint against Goodleap, LLC (Defendant), and alleges as follows:

I. PARTIES
1.    Plaintiff: Cory Alexander, a resident of Conway, Arkansas.
2.    Defendant: Goodleap, LLC, with a principal place of business located at 8781 Sierra College Blvd. Roseville, CA 95661.

II. JURISDICTION AND VENUE
3.    This Court has jurisdiction over this matter pursuant to Ark. Code § 16-17-704, which says that courts shall have jurisdiction in all civil cases; and pursuant to Ark. Code § 16-13-201(a), which says that courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances except where exclusive jurisdiction is given to other courts.
4.    Further, jurisdiction is proper in circuit court in the State of Arkansas because the claims in this lawsuit involve primarily Arkansas state law.

III. FACTUAL ALLEGATIONS
5.    Goodleap, LLC provided financing to Plaintiff for solar panels.
6.    Plaintiff entered into the loan agreement on June 15 2024.
7.    The terms of the loan were interest rate 10.99%, 25 years at 324.95 each month and 30% of loan paid by the 18 month.
8.    Defendant engaged in predatory lending practices, including but not limited to:
   * Misleading Plaintiff regarding loan terms and repayment obligations.
   * Charging exorbitant interest rates or hidden fees.
   * Exploited Plaintiffs lack of knowledge regarding loan agreements.
   * Failing to provide clear disclosures as required under federal or state law.
9.    As a result of Defendant's practices, Plaintiff has suffered making overpayments, and financial harm.

## IV. CAUSES OF ACTION

COUNT 1: Violation of Truth in Lending Act (15 U.S.C. § 1601)

10.    Defendant failed to provide clear and accurate disclosures required under the Truth in Lending Act (TILA), causing Plaintiff to enter into an unfair loan agreement.

COUNT2: Fraudulent Misrepresentation

11.    Defendant knowingly made false representations about the loan terms, intending for Plaintiff to rely on such representations to Plaintiff's detriment.

## V. DAMAGES AND RELIEF SOUGHT

12.    Plaintiff respectfully requests the court grant the following relief:
- Rescission of the loan agreements
- Reimbursement for excessive fees and interest
- Court fees and costs

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Cory Alexander, prays for Judgment against Defendant, Goodleap, LLC, for predatory lending, and granting any further relief as the Court deems just and proper.

Respectfully submitted,

Cory Alexander
3315 Confederate
Conway, Arkansas 72032
(501) 504-9992
*Cory_d_alexander@yahoo.com*

February 27, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on February 27, 2025, I served a true and correct copy of the foregoing via certified mail, postage prepaid, on the following:

Goodleap LLC
8781 Sierra College Blvd.
Roseville, CA 95661

*Plaintiff*

Cory Alexander
*Defendant*