IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORY ALEXANDER**                                                                                          **PLAINTIFF**

v.                                   Case No. 4:25-CV-00312-JM

**GOODLEAP LLC**                                                                                             **DEFENDANT**

## ORDER

Defendant moves to compel arbitration and stay this action pending arbitration. (Doc. 7). Alexander did not respond to Defendant's motion but has moved for expedited proceedings. (Doc. 12). This suit arises from a contract for solar panels over which Alexander alleges he has been subjected to predatory lending in violation of the Truth in Lending Act. The contract contains an arbitration agreement that is governed by the Federal Arbitration Act. (Doc. 7 at 14–15); *JES Farms Partnership v. Indigo Ag, Inc.*, 116 F.4th 733, 736 (8th Cir. 2024). Prompt arbitration will address Alexander's concerns for expedited proceedings, though the proceedings will not be before this Court. Accordingly, Defendant's motion to compel arbitration (Doc. 7) is GRANTED. Alexander's motion for expedited proceedings in this Court (Doc. 12) is DENIED. This case is referred to arbitration pursuant to the agreement, and this action is stayed pending the resolution of the arbitration.

IT IS SO ORDERED this 28th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE